UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANNETTE BROWN,

        Plaintiff,

– against –

STARRETT CITY ASSOCIATES, OFFICER NEWMAN, and JOHN DOES 1–5,

        Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 09 2012 ★
BROOKLYN OFFICE

ORDER

09-CV-3282

**JACK B. WEINSTEIN, Senior United States District Judge:**

Defendant Starrett City Associates objects to the magistrate judge's report and recommendation on plaintiff's attorney's fees, arguing that the $80,610.00 in attorney's fees and $8,619.21 in expenses recommended was unreasonable in light of the $500 in compensation awarded to the plaintiff by the jury. A hearing on these objections was held on December 20, 2012.

The magistrate judge's report and recommendation is thorough and perceptive. The hourly rate claimed by plaintiff's attorney in this case was modest, and the time spent on the case necessary. The case required extensive briefing on several complicated issues, including the application of vicarious and municipal liability to the defendant. Although plaintiff withdrew some of her claims, all claims relied on the same facts elicited on the sole claim where the jury found liability.



The magistrate judge's report and recommendation is adopted. Defendant's arguments for a reduction in the fee have no application in this case.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: January 6, 2012
Brooklyn, New York

*Clerk enter judgment, close the case*

*JWeinstein*
*1/6/12*