DATE 12/20/11

BEFORE JUDGE Weinstein            AT 10:30   A.M./P.M.

C/R or ECR Burt Sulzer            MAG. _____

<u>CIVIL CAUSE FOR MOTION HEARING</u>

Docket Number CV09-3282

Title: Annette Brown vs. Starrett City Associates

(Pltff.) (Deft.) _____ motion for appeal of Magistrate Judge's decision

Appearances: For Pltff. Michael Mangan

For Deft. _____

✓ Case called.

✓ Counsel for all sides present.

___ Counsel for _____ not present.

✓ Motion argued.   ___ Motion Granted   ___ Motion Denied.

___ Decision reserved.

✓ Order to be submitted by Court

___ Case adjourned to _____ for _____

✓ Other Magistrate judge's decision is adopted in it's entirety.